IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| ORLANDO JEFFERSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CV 323-077 |
| | ) |
| WARDEN DOUG WILLIAMS, | ) |
| | ) |
| Respondent. | ) |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Petitioner did, however, file an amended complaint. (See doc. no. 7.) Regardless, this attempt is improper. On October 31, 2023, the Court explained to Petitioner the difference between a § 1983 complaint and a petition for habeas corpus relief and instructed him that he must select which type of case he intended to bring. (See doc. no. 3.) Problematically, Petitioner failed to comply with the Court's instructions when filing his amended petition on November 13, 2023, because he still asserted a claim for monetary damages pursuant to 42 U.S.C. § 1983 and petitioned for habeas corpus relief pursuant to 28 U.S.C. § 2254 in requesting immediate release from prison. (See doc. no. 4.) Petitioner's amended complaint, filed on November 20, 2023, asserts the same claims as his amended petition. (See doc. no. 7.) Thus, this case is still due to be dismissed for Petitioner's failure to comply with the terms of the Court's October 31st Order.

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 15th day of December, 2023, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE